## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LIFESPAN MEDICAL ASSOCIATES LLC, an Illinois limited liability company, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| | ) | Civil Action No.: 1:16-cv-07772 |
| Plaintiff, | ) ) | |
| v. | ) ) | Magistrate:  Hon. Sheila M. Finnegan |
| A. F. HAUSER, INC., an Indiana corporation, HAUSER LLC, an Indiana limited liability company, and JOHN DOES 1-5, | ) ) ) ) ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANT

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), Plaintiff, LIFESPAN MEDICAL

ASSOCIATES LLC, and Defendants, A. F. HAUSER, INC. and HAUSER LLC, hereby

stipulate to the dismissal of Defendant, HAUSER LLC, without prejudice and without costs.

The case remains pending against Defendant, A. F. HAUSER, INC., only.


s/ Ross M. Good
Ross M. Good
Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500
rgood@andersonwanca.com
bwanca@andersonwanca.com
rkelly@andersonwanca.com

s/Robert Orman     (with permission)
Robert Orman
Law Offices of Robert Orman
One North LaSalle St.
Suite 1775
Chicago, IL 60602
Telephone: 312-372-0515
rob@ormanlawoffices.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 15th day of June 2017.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Ross M. Good