# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIFESPAN MEDICAL ASSOCIATES LLC, an Illinois limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>A. F. HAUSER, INC., an Indiana corporation, and JOHN DOES 1-5,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.: 1:16-cv-07772<br>)<br>)<br>)<br>) Magistrate: Hon. Sheila M. Finnegan<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE STATING NO OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE ITS AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

　　　　NOW COMES Plaintiff, LIFESPAN MEDICAL ASSOCIATES LLC, through its attorneys, and hereby advises the Court that it does not oppose Defendant's Motion for Leave to file its Amended Answer and Affirmative Defenses, *instanter*. (Doc. 31).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LIFESPAN MEDICAL ASSOCIATES LLC,

　　　　　　　　　　　　　　　　　　　　By: s/ Ryan M. Kelly

　　　　　　　　　　　　　　　　　　　　Brian J. Wanca
　　　　　　　　　　　　　　　　　　　　Ryan M. Kelly
　　　　　　　　　　　　　　　　　　　　**ANDERSON + WANCA**
　　　　　　　　　　　　　　　　　　　　3701 Algonquin Road, Suite 500
　　　　　　　　　　　　　　　　　　　　Rolling Meadows, IL 60008
　　　　　　　　　　　　　　　　　　　　Telephone: 847-368-1500
　　　　　　　　　　　　　　　　　　　　Fax: 847-368-1501
　　　　　　　　　　　　　　　　　　　　bwanca@andersonwanca.com
　　　　　　　　　　　　　　　　　　　　rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                s/Ryan M. Kelly
                                                Ryan M. Kelly