# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIFESPAN MEDICAL ASSOCIATES LLC, an Illinois limited liability company, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> A. F. HAUSER, INC., and JOHN DOES 1-5, <br><br> Defendants. | Civil Action No.: 1:16-cv-07772 <br><br> Magistrate: Hon. Sheila M. Finnegan |

## JOINT STATUS OF SETTLEMENT DISCUSSIONS

Pursuant to this Court's order of January 23, 2018 (Doc. 82), the Parties hereby submit the following Joint Status of Settlement Discussions:

On January 30, 2018, the parties reached a confidential settlement to resolve all issues in this matter.

A Confidential Settlement Agreement has been drafted and is being circulated for approval and signatures by the parties.

The parties anticipate the filing of a Stipulation of Dismissal without prejudice within 14 days. A Stipulation of Dismissal with prejudice will be filed thereafter upon compliance with all terms of the Settlement Agreement.

Respectfully submitted,

s/Ross M. Good
Ross M. Good
Ryan M. Kelly
Brian J. Wanca
Anderson + Wanca
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008

s/Robert Orman     (with permission)
One North LaSalle St.
Suite 1775
Chicago, IL 60602
Telephone: 312-372-0515
rob@ormanlawoffices.com

| | |
|---|---|
| Telephone: 847-368-1500<br>rgood@andersonwanca.com<br>rkelly@andersonwanca.com<br>bwanca@andersonwanca.com<br><br>*Attorneys for Plaintiff* | s/ Philip R. Torf    (with permission)<br>Philip R. Torf<br>Torf Law Firm<br>555 Skokie Blvd., Suite 500<br>Northbrook, IL  60062<br>Telephone:  847-5 64-4200<br>philtorf@torflaw.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    A copy of the foregoing was filed electronically this 7th day of February, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


    s/Ross M. Good
    Ross M. Good