IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIFESPAN MEDICAL ASSOCIATES LLC, an Illinois limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>  v.<br><br>A. F. HAUSER, INC., an Indiana corporation, and JOHN DOES 1-5,<br><br>      Defendants. | Civil Action No.: 1:16-cv-07772<br><br>Magistrate: Hon. Sheila M. Finnegan |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff LIFESPAN MEDICAL ASSOCIATES LLC, an Illinois limited liability company, and Defendant A. F. HAUSER, INC, through their undersigned attorneys, hereby stipulate to the dismissal of all of Plaintiff LIFESPAN MEDICAL ASSOCIATES LLC's claims against Defendant A. F. HAUSER, INC without prejudice and without costs. When all settlement preconditions between the parties are satisfied, the parties shall so notify the Court by filing a Joint Stipulation of Dismissal with Prejudice.

                Respectfully submitted,

| | |
|---|---|
| s/Ross M. Good<br>Ross M. Good<br>Brian J. Wanca<br>Ryan M. Kelly<br>Anderson + Wanca<br>3701 Algonquin Rd., Suite 500<br>Rolling Meadows, IL 60008<br>Telephone: 847-368-1500<br>Fax: 847-368-1501 | s/ Robert Orman  (with permission)<br>Robert Orman<br>One North LaSalle St., Suite 1775<br>Chicago, IL  60602<br>Telephone:  312-372-0515<br>rob@ormanlawoffices.com<br><br>and |

Email: bwanca@andersonwanca.com  
      rkelly@andersonwanca.com  
      rgood@andersonwanca.com  

*Attorneys for Plaintiff*

s/ Philip R. Torf (with permission)  
Philip R. Torf  
Torf Law Firm  
555 Skokie Blvd., Suite 500  
Northbrook, IL  60062  
Telephone:  847-5 64-4200  
philtorf@torflaw.com  

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 5, 2018, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                /s/ Ross M. Good