**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Lifespan Medical Associates, LLC
                                        Plaintiff,

v.                                                                      Case No.: 1:16–cv–07772
                                                                     Honorable Sheila M. Finnegan

A. F. Hauser, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 6, 2018:

      MINUTE entry before the Honorable Sheila M. Finnegan: Pursuant to the parties' joint stipulation of dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lifespan Medical Associates LLC dismisses all claims against Defendant A.F. Hauser, Inc. without prejudice and without costs. Civil case terminated. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.